239 U.S. 635
 36 S.Ct. 283
 60 L.Ed. 479
 MINNEAPOLIS, ST. PAUL, & SAULT STE. MARIE RAILROAD COMPANY, Plaintiff in Error,
v.
LOUISE ALEXANDER, Administratrix, etc.
 No. 148.
 Supreme Court of the United States
 January 10, 1916
 
 Mr. William A. Hayes for plaintiff in error.
 Mr. D. W. McNamara and Miss Anna B. Hull for defendant in error.
 Per Curiam:
 
 
 1
 Dismissed for want of jurisdiction upon the authority of (1) Consolidated Turnp. Co. v. Norfolk & O. V. R. Co. 228 U. S. 596, 600, 57 L. ed. 982, 983, 33 Sup. Ct. Rep. 609; Manhattan L. Ins. Co. v. Cohen, 234 U. S. 123, 137, 58 L. ed. 1245, 1254, 34 Sup. Ct. Rep. 874; Easterling Lumber Co. v. Pierce, 235 U. S. 380, 59 L. ed. 279, 35 Sup. Ct. Rep. 133; (2) Missouri P. R. Co. v. Humes, 115 U. S. 512, 29 L. ed. 463, 6 Sup. Ct. Rep. 110; Minneapolis & St. L. R. Co. v. Beckwith, 129 U. S. 26, 32 L. ed. 585, 9 Sup. Ct. Rep. 207; Minneapolis & St. L. R. Co. v. Emmons, 149 U. S. 364, 37 L. ed. 769, 13 Sup. Ct. Rep. 870; (3) Waters-Pierce Pierce Oil Co. v. Texas, 212 U. S. 112, 118, 53 L. ed. 431, 434, 29 Sup. Ct. Rep. 227; Deming v. Carlisle Packing Co. 226 U. S. 102, 57 L. ed. 140, 33 Sup. Ct. Rep. 80; Overton v. Oklahoma, 235 U. S. 31, 59 L. ed. 112, 35 Sup. Ct. Rep. 14.